UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                    :
UNITED STATES OF AMERICA,                :
                    :
          -v-                    :         14-CR-442-2 (JMF)
                    :
CHRISTIAN INFANTE,                    :         <u>ORDER</u>
                    :
          Defendant.      :
                    :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Due to mail-related delays, the Court just received the attached letter from Defendant Christian Infante, which appears to request early termination of supervised release. The Government shall file a response no later than December 2, 2020.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Infante at:

                1370 Nicholas Avenue, Apt. 22J
                New York, NY 10033

      SO ORDERED.

Dated: November 24, 2020
       New York, New York

                                              JESSE M. FURMAN
                                              United States District Judge

**HON. Jesse M. Furman**
U.S. Courthouse
500 Peral Street New York, NY 10007

Defendant's Attorney: Beth Mina Farber
Defendant : Christian Rafael Infante - 71213-054

To Whom It May Concern,

I hope all is well, hoping all individuals within this department are safe among their loved ones during the pandemic of COVID-19.
I'd like for this email to reach the district Judge Mr. Furman who was involved with my sentencing on 2015 with a continuation of probation to complete within a time frame of 3 years. I, Christian Infante have completed 5 consecutive months ; Starting June -  ending November with The Bronx Community Reentry Center (Halfway House)  located at 2534 Creston Avenue Bronx, NY 10468. The program has enforced my Values, perspectives, life choices and responsibilities. I've also completed an amount of 2 years probation without any misconduct, any reports or warnings. I've also managed to report monthly without any burden.

Additionally, I've managed to obtain employment since my release year November 2018; which has kept me occupied and focused on my long term goals.
Therefore, Mr Furman I'd like to request for you to uplift any remaining time that's needed to complete my probation. I can offer you a guarantee of my well going behavior to remain the same.

Again, my obstacles has made me flourish as an individual, while always accepting a new improved version of myself. I'd like to express how grateful I'am if the remaining time of my probation is uplifted, I couldn't thank you enough.

Thank you in advance,
Chrisitan Infante 71213-054

Contact Information
Email- Infantekrys@aol.com

Christian Infante
1370 St Nicholas Ave #22J
NewYork, NY 10033

NEW YORK NY 100
27 OCT 2020 PM 10 L



Honorable Jesse M. Furman
U.S District Court Judge
U.S District Courthouse
500 Pearl Street RM 2202
NewYork, NY 10007